IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| In re: Proove Biosciences, Inc. | : : : : : : : : : : : : | Case No. 15-2057 |

## MOTION TO SUSPEND BRIEFING SCHEDULE

Appellant, Proove Biosciences, Inc., in accordance with and pursuant to FED. R. APP. P. 27 and Federal Circuit Rule 27, hereby requests a suspension of the briefing schedule for 40 days after the Trademark Trial and Appeal Board at the United States Patent and Trademark Office has rendered a decision in Cancellation No. 92061895, a case that may render this appeal unnecessary.

Counsel for the Director of the United States Patent and Trademark Office has stated that the Director will oppose this motion.

This appeal to the Court has been brought because the Trademark Trial and Appeal Board refused registration of Appellant's mark PROOVE finding that it was likely to cause confusion under Section 2(d) with respect to U.S. Registration No. 3,250,168 for the word mark PROVE. No other registration or trademark application was at issue in the refusal as shown in the June 15, 2015 final decision in In re Proove Biosciences, Inc., TTAB No. 86085516 (**Exhibit 1**). On July 24, 2015, the Trademark Trial and Appeal Board instituted Cancellation No. 92061895 to determine whether to cancel U.S. Registration No. 3,250,168 for the word mark PROVE (**Exhibit 2**).

The current briefing schedule requires the opening brief to be filed on or before November 23, 2015. *See* Notice of Docketing September 24, 2015. The briefing schedule should be suspended pending the Trademark Trial and Appeal Board's decision in Cancellation No. 92061895 because the outcome of that matter is likely to render this appeal moot. Allowing the proceedings to continue as scheduled could result in prejudice to both parties in the form of unnecessary legal fees, costs and time lost formulating arguments that may become irrelevant in light of a cancellation of U.S. Registration No. 3,250,168.

In light of the forgoing, good cause exists for the Court to suspend the briefing schedule until TTAB Cancellation No. 92061895 is fully resolved.

Respectfully submitted,

DATED: October 19, 2015

 /s/ **Patrick R. Delaney**
Patrick R. Delaney
DITTHAVONG & STEINER, P.C.
44 Canal Center Plaza, Suite 322
Alexandria, Virginia  22314
Telephone:  (703) 519-9951
Facsimile:  (703) 519-9958
pdelaney@dcpatent.com

*Attorney for the Applicant*
PROOVE BIOSCIENCES, INC.

## CERTIFICATE OF SERVICE

The undersign certifies that on October 19, 2015, the foregoing MOTION TO SUSPEND BRIEFING SCHEDULE was filed with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).


        **/s/ Patrick R. Delaney**
        Patrick R. Delaney